**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DAWN ZIPPER, et al.                          No. 3:14-CV-02633-MMC

12              Plaintiff,                          **ORDER CONTINUING CASE
                                                    MANAGEMENT CONFERENCE**
13        v.

14   DIVERSIFIED CONSULTANTS, INC. and
     LIVEVOX INC.
15
                Defendants
16   _____/

17
          Before the Court is the Plaintiff's notice of settlement, filed September 4, 2014,
18
     indicating the parties have reached a settlement and expect to file a stipulated dismissal
19
     within 45 days. In light thereof, the case management conference currently scheduled for
20
     September 12, 2014 is hereby CONTINUED to November 14, 2014.
21
          **IT IS SO ORDERED.**
22

23

24   Dated: September 8, 2014            _____
                                         MAXINE M. CHESNEY
25                                       United States District Judge

26

27

28