*Of Counsel*
Hyslip & Taylor LLC LPA
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Phone: 310-556-9620
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dawn Zipper, et. al.<br><br>    Plaintiffs,<br><br>v.<br><br>Diversified Consultants, Inc. and LiveVox Inc.<br><br>    Defendant. | Case No.: 3:14-cv-02633-MMC<br><br>**STIPULATION OF DISMISSAL** |

The parties hereby stipulate to dismiss this case with prejudice under F.R.C.P. 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED,


By:     s/ Art Matthews
One of Plaintiff's Attorneys

*Of Counsel*
Hyslip & Taylor LLC LPA
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Phone: 310-556-9620
Cal. Bar. No. 145232

1
2                                              /s/ Debbie Paulerio Kirkpatrick
3                                              One of Defendant's Attorneys

4  Debbie Paulerio Kirkpatrick
   Sessions Fishman Nathan & Israel, L.L.P.
5  1545 Hotel Circle South, Suite 150
6  San Diego , CA  92108
   (619) 758-1891
7  Email:Dkirkpatrick@sessions-Law.Biz
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Complaint - 2